MARY R. DESIMONE, as Administratrix of the Estate of CARMEN DESIMONE, Deceased, Plaintiff, *v.* C. J. BURGESS Co. et al., Defendants. CELANESE CORPORATION OF AMERICA, Defendant and Third-Party Plaintiff-Appellant, *v.* CENTRAL CITY ROOFING Co., INC., Third-Party Defendant-Respondent.

Argued March 3, 1952; decided March 14, 1952.

*William B. Mangin* for appellant.

*Martin F. Kendrick* and *Laurence E. Sovik* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.